1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROMALDO OROZCO-IBARRA

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )  No. 1:13-cr-0176  AWI / BAM
                                        )
12 |         *Plaintiff*,               )  STIPULATION TO CONTINUE STATUS
                                        )  CONFERENCE HEARING;
13 |     v.                             )   ORDER
                                        )
14 | ROMALDO OROZCO-IBARRA,             )
                                        )
15 |         *Defendant*.               )  Date:  July 1, 2013
                                        )  Time:  10:00 A.M.
16 | _____    )  Judge: Hon. Anthony W. Ishii

17

18        **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19 Assistant United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal

20 Defender Peggy Sasso, Counsel for Defendant Romaldo Orozco-Ibarra, that the status conference set for

21 June 17, 2013 at 10:00 p.m. before Judge Ishii, **may be rescheduled to July 1, 2013 at 10:00 a.m.**

22        The requested continuance is necessary to allow for further investigation and plea discussions.  The

23 requested continuance will conserve time and resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

Case 1:13-cr-00176-AWI-BAM   Document 14   Filed 06/14/13   Page 2 of 2

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: June 13, 2013                         /s/ *Mia A. Giocamozzi*
                                              MIA A. GIOCAMAZZI
                                              IAN WHITNEY
                                              Assistant United States Attorneys
                                              Attorney for Plaintiff

                                              HEATHER E. WILIAMS
                                              Federal Defender

Dated: June 13, 2013                         /s/ *Peggy Sasso*
                                              PEGGY SASSO
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ROMALDO OROZCO-IBARRA

IT IS SO ORDERED.

Dated:   June 13, 2013

                                              SENIOR DISTRICT JUDGE